IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | (WO) |
| DAVID WEBB TUTT | ) | |

## ORDER

It is ORDERED that defendant David Webb Tutt's motion to reconsider sentence (Doc. 438) and supplemental motion to reconsider sentence (Doc. 442) are denied. Even assuming that the court has the authority to reconsider the sentence imposed, the court will not do so. In light of the arguments raised at the sentencing hearing and in defendant Tutt's motions, the court remains convinced that the sentence was just and fair under applicable law, including 18 U.S.C. § 3553(a).

DONE, this the 2nd day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE