IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
       v.                   )        2:21cr49-MHT
                            )            (WO)
DAVID WEBB TUTT             )
                            )
```

ORDER

Based on the representations made on the record on August 5, 2022, it is ORDERED that defendant David Webb Tutt's motion to reconsider restitution payment (Doc. 439) is denied. The court remains convinced that defendant Tutt can pay the full restitution amount of $ 258,920.04 now, and the full amount remains due immediately.

DONE, this the 8th day of August, 2022.

　　　　　　　　　　　　__/s/ Myron H. Thompson__
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE