IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | (WO) |
| **DAVID WEBB TUTT** | ) | |

## OPINION

Amendment 821 to the 2023 edition of the Sentencing Guidelines revised the guidelines applicable to calculation of criminal history with respect to offenders who earned status points based the commission of an offense while serving a criminal-justice sentence, and offenders who had zero criminal-history points at the time of sentencing. Following the United States Sentencing Commission's decision to give retroactive effect to these changes, this court established an Amendment 821 Screening Panel, consisting of representatives of the court, the office of the United States Attorney, the United States Probation Office, the Federal Defenders, and the

clerk's office, to determine whether a defendant might be eligible for a reduction of sentence.

Upon consideration of the recommendation of the Amendment 821 Screening Panel, entered December 8, 2023, and after an independent and de novo review of the record, the court adopts the recommendation of the Panel and finds that defendant David Webb Tutt is not eligible to receive a reduction in sentence pursuant to Amendment 821 because he was released from custody in November 2023.  *See* U.S. Sentencing Guidelines §1B1.10(b)(2)(C) ("In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.").

An appropriate order will be entered.

DONE, this the 3rd day of January, 2024.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**