AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

United States of America
v.
DAVID WEBB TUTT

Case No: 2:21cr49-05-MHT
USM No: 31236-509

Date of Original Judgment: 07/21/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Jason Neff and Lewis Gillis
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Pursuant to U.S.S.G. 1B1.10(b)(2)(C), the defendant is not due relief under Amendment 821 Part B as he was released from custody to begin service of his three-year term of supervised release on 11/16/23.

Except as otherwise provided, all provisions of the judgment dated 07/21/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/03/2024

/s/ Myron H. Thompson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
*Printed name and title*