IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | (WO) |
| **DAVID WEBB TUTT** | ) | |

### ORDER TERMINATING SUPERVISED RELEASE

Upon consideration of defendant David Webb Tutt's motion for early termination of supervised release (Doc. 583), and based on his successful completion of more than half of his three-year term of supervised release with no violations of the conditions of supervision, his gainful employment, and the oral confirmation received by the court that the government and the supervising probation officer do not oppose early termination of supervision, it is ORDERED that:

(1) Defendant David Webb Tutt's motion for early termination of supervised release is granted.

(2) The term of supervised release is terminated effective immediately, and defendant Tutt is discharged.

DONE, this the 11th day of April, 2025.

                                             /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE